PROB 12C
(6/16)

Report Date: July 6, 2018

## United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 12, 2018

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Reggie Lee Burdeau                Case Number: 0980 2:13CR02104-TOR-1

Address of Offender: ███████████████    Wapato, Washington 98951

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: March 12, 2014

Original Offense:         Crime on Indian Reservation - Sexual Abuse, 18 U.S.C. § 1153 and 2242(2)(B)

Original Sentence:        Prison - 60 months; TSR - 84 months            Type of Supervision: Supervised Release

Asst. U.S. Attorney:      Thomas J. Hanlon           Date Supervision Commenced: January 4, 2018

Defense Attorney:         Rebecca Pennell            Date Supervision Expires: January 3, 2025

### PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition of supervision:

Violation Number | Nature of Noncompliance

1 | **Special Condition #24**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On or about May 12, 218 and June 29, 2018, Mr. Burdeau consumed tetrahydrocannabinol (THC), the active chemical in marijuana.

Mr. Burdeau's conditions were reviewed with him on January 8, 2018. He signed his conditions acknowledging an understanding of his conditions which includes special condition number 24, as noted above.

On May 14, 2018, Mr. Burdeau reported to the United States Probation office. He admitted to consuming THC and signed a drug use admission form. A urinalysis (UA) sample was collected and sent to Alere Toxicology (Alere) for confirmation. The sample was also tested for alcohol. On May 18, 2018, Alere reported the UA sample was negative for THC and alcohol.

Prob12C
**Re: Burdeau, Reggie Lee**
**July 6, 2018**
**Page 2**

On July 3, 2018, Mr. Burdeau reported to the United States Probation office. A UA sample was collected which yielded a presumptive positive result for THC. Mr. Burdeau admitted to consuming THC and signed a drug use admission form. The sample was sent to Alere for confirmation.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 6, 2018

s/Jonathan Barcom

Jonathan Barcom
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

Thomas O. Rice

Signature of Judicial Officer

July 12, 2018

Date