Report Date:  August 31, 2018

# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Reggie Lee Burdeau     Case Number: 0980 2:13CR02104-TOR-1

Address of Offender:     Wapato, Washington 98951

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: March 12, 2014

Original Offense:     Crime on Indian Reservation - Sexual Abuse, 18 U.S.C. §§ 1153 and 2242(2)(B)

Original Sentence:    Prison - 60 months;          Type of Supervision: Supervised Release
                      TSR - 84 months

Asst. U.S. Attorney:  Thomas J. Hanlon             Date Supervision Commenced: January 4, 2018

Defense Attorney:     Rebecca Pennell              Date Supervision Expires: January 3, 2025

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violation previously reported to the Court on 07/06/2018.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number     Nature of Noncompliance

   2                 **Special Condition #24**: Defendant shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

                     **Supporting Evidence**:  On or about July 26, and August 16, 2018, Mr. Burdeau consumed tetrahydrocannabinol (THC), the active chemical in marijuana.

                     Mr. Burdeau's conditions were reviewed with him on January 8, 2018.  He signed his conditions acknowledging an understanding of his conditions which includes special condition number 24, as noted above.

                     On July 30, 2018, Mr. Burdeau reported to the United States Probation Office.  He admitted to consuming THC on or about July 26, 2018, and signed a drug use admission form.  A urinalysis (UA) sample was collected and sent to Alere Toxicology (Alere) for confirmation.  On August 2, 2018, Alere reported the UA sample was positive for THC.

                     On August 20, 2018, Mr. Burdeau reported to the United States Probation Office.  He admitted to consuming THC on or about August 16, 2018, and signed a drug use admission

form. A urinalysis (UA) sample was collected and sent to Alere Toxicology (Alere) for confirmation. On August 24, 2018, Alere reported the UA sample was positive for THC.

3     **Special Condition #25**: Defendant shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: On or about August 16, 2018, Mr. Burdeau consumed alcohol.

Mr. Burdeau's conditions were reviewed with him on January 8, 2018. He signed his conditions acknowledging an understanding of his conditions which includes special condition number 25, as noted above.

On August 20, 2018, Mr. Burdeau reported to the United States Probation Office. During the office visit he admitted to consuming alcohol on or about August 16, 2018, and signed a drug use admission form.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violation previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    August 31, 2018

s/Jonathan Barcom

Jonathan Barcom
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[✓] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[✓] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

Thomas O. Rice
Chief U.S. District Judge

August 31, 2018
Date