PROB 12B
(7/93)

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 09, 2018

SEAN F. McAVOY, CLERK

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| Name of Offender: Reggie Lee Burdeau | Case Number: 0980 2:13CR02104-TOR-1 |
| Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, Chief U.S. District Judge | |
| Date of Original Sentence: March 12, 2014 | Type of Supervision: Supervised Release |
| Original Offense: Crime on Indian Reservation - Sexual Abuse, 18 U.S.C. § 1153 and 2242(2)(B) | Date Supervision Commenced: January 4, 2018 |
| Original Sentence: Prison - 60 Months; TSR - 84 Months | Date Supervision Expires: January 3, 2025 |

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

27  You must submit to periodic polygraph testing at the discretion of the probation officer as a means to ensure that you are in compliance with the requirements of your supervision or treatment program.

## CAUSE

Mr. Burdeau currently has a special condition in place which allows for polygraph testing to monitor sex offender treatment program requirements. The above condition would allow for periodic polygraph testing upon his completion of treatment; to ensure compliance with his requirements of supervision.

On October 3, 2018, Mr. Burdeau reported to the United States Probation Office. The undersigned explained to him the above-noted condition was not currently in his original judgement and asked if he would be agreeable to modifying his supervised released conditions to include the above-noted condition. Mr. Burdeau agreed to the above modification of his conditions.

Based on the above information, the undersigned officer recommends Mr. Burdeau's supervised release conditions be modified as noted above. Enclosed is a waiver signed by the offender agreeing to the proposed modification should Your Honor concur.

Respectfully submitted,

by   s/Jonathan Barcom

Jonathan Barcom
U.S. Probation Officer
Date:  October 9, 2018

Prob 12B
**Re: Burdeau, Reggie Lee**
**October 9, 2018**
**Page 2**

THE COURT ORDERS

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[X]  The Modification of Conditions as Noted Above
[ ]  Other

_____
Signature of Judicial Officer

 October 9, 2018 
Date