PROB 12C
(6/16)

Report Date: September 13, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 16, 2019

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Reggie Lee Burdeau            Case Number: 0980 2:13CR02104-TOR-1

Address of Offender:                            Wapato, Washington 98951

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: March 12, 2014
Revocation Sentence: November 29, 2018

| | | |
|---|---|---|
| Original Offense: | Crime on Indian Reservation - Sexual Abuse, 18 U.S.C. §§ 1153 and 2242(2)(B) | |
| Original Sentence: | Prison - 60 months; TSR - 84 months | Type of Supervision: Supervised Release |
| Revocation Sentence: | Prison - 4 months; TSR - 60 months | |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: February 19, 2019 |
| Defense Attorney: | Rebecca Pennell | Date Supervision Expires: February 18, 2024 |

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number    Nature of Noncompliance

    1    **Standard Condition #9**: If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.

**Supporting Evidence**: Mr. Burdeau is considered to be in violation of the terms of his supervised release by failing to notify the probation officer within seventy-two hours of having contact with law enforcement on August 11, 2019.

Mr. Burdeau's conditions were reviewed with him on February 22, 2019. He signed his conditions of supervised release acknowledging an understanding of his conditions, which includes standard condition number 9, as noted above.

On or about August 11, 2019, Mr. Burdeau was questioned by law enforcement, after a motor vehicle accident occurred at the intersection of Lateral A and Lateral 1 Roads in Wapato, Washington. Julie Hudson of the Washington State Patrol informed the probation department, the defendant and two additional occupants of the vehicle were involved in a

Prob12C
**Re: Burdeau, Reggie Lee**
**September 13, 2019**
**Page 2**

    single car accident and transported to the defendant's home. On August 22, 2019, this officer confronted the defendant as to why he had not reported being questioned by law enforcement. Mr. Burdeau reported he did not know he needed to report the contact, unless he was arrested.

2    **Special Condition #12**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

    **Supporting Evidence**: Mr. Burdeau is considered to be in violation of the terms of his supervised release by testing positive for marijuana on August 23, 2019, admitting to using marijuana on August 24, 2019, and admitting to using methamphetamine and marijuana on September 7, 2019.

    Mr. Burdeau's conditions were reviewed with him on February 22, 2019. He signed his conditions of supervised release acknowledging an understanding of his conditions, which includes special condition number 12, as noted above.

    The undersign conducted an unscheduled home visit on August 23, 2019. This officer collected a urine sample, which Alere Toxicology Service (Alere) confirmed to contain marijuana. On August 26, 2019, Mr. Burdeau reported to the U.S. Probation Office and reported continued substance use by signing an admission of drug use form acknowledging he consumed marijuana on or about August 24, 2019. On September 10, 2019, the defendant reported to the U.S. Probation Office and signed an additional admission of drug use form, acknowledging he consumed methamphetamine and marijuana on or about September 7, 2019.

3    **Special Condition #13**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

    **Supporting Evidence**: The defendant is considered to be in violation of the terms of his supervised release by consuming alcohol on or about August 24 and September 7, 2019.

    Mr. Burdeau's conditions were reviewed with him on February 22, 2019. He signed his conditions of supervised release acknowledging an understanding of his conditions, which includes special condition number 13, as noted above.

    Mr. Burdeau reported to the U.S. Probation office on August 26, 2019. The defendant signed an admission of alcohol use form acknowledging he consumed alcohol on or about August 24, 2019. On September 10, 2019, the defendant reported to the U.S. Probation Office and signed an additional admission of use form, acknowledging he consumed alcohol on or about September 7, 2019.

Prob12C
**Re: Burdeau, Reggie Lee**
**September 13, 2019**
**Page 3**

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 09/13/2019

s/Nicholas A. Bazan

Nicholas A. Bazan
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[✓] The Issuance of a Summons
[ ] Other

*Thomas O. Rice*

Signature of Judicial Officer

September 13, 2019

Date