Report Date: January 2, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jan 02, 2020**

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Reggie Lee Burdeau                Case Number: 0980 2:13CR02104-TOR-1

Address of Offender: ██████████████, Wapato, Washington 98951

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: March 12, 2014

| | | |
|---|---|---|
| Original Offense: | Crime on Indian Reservation - Sexual Abuse, 18 U.S.C. §§ 1153 and 2242(2)(B) | |
| Original Sentence: | Prison - 60 months<br>TSR - 84 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(11/29/2018) | Prison - 4 months;<br>TSR - 60 months | |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: February 19, 2019 |
| Defense Attorney: | Jeremy B. Sporn | Date Supervision Expires: February 18, 2024 |

## PETITIONING THE COURT

To issue a warrant and to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 9/13/2019.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition #12**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Mr. Burdeau is considered to be in violation of the terms of his supervised release by testing positive for methamphetamine, marijuana, cocaine, and alcohol on December 18, 2019.

Mr. Burdeau's conditions were reviewed with him on February 23, 2019.  He signed his conditions of supervised release acknowledging an understanding of his conditions, which includes special condition number 12, as noted above.

On December 18, 2019, Mr. Burdeau attended a meeting with his treatment provider at Comprehensive Healthcare.  The offender provided a urinalysis sample as part of his

treatment program.  The sample was sent to Cordant Health Solutions, which confirmed the sample contained methamphetamine, marijuana, cocaine, and alcohol.

5          **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the Court or the probation office about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

**Supporting Evidence**: Mr. Burdeau is considered to be in violation of the terms of his supervised release by failing to report as directed to the U.S. Probation Office on December 30, 2019.

Mr. Burdeau's conditions were reviewed with him on February 23, 2019.  He signed his conditions of supervised release acknowledging an understanding of his conditions, which includes standard condition number 2, as noted above.

On December 24, 2019, the undersigned officer, via telephone, provided reporting instructions to the offender to report to the U.S. Probation Office on December 27, 2019. On the date of our appointment, the offender called the undersigned officer to report the car had broken down and had no transportation.  The offender was again given reporting instructions to report to the U.S. Probation Office on December 30, 2019. On December 30, 2019, Mr. Burdeau again failed to report to the U.S. Probation Office as instructed.

The U.S. Probation Office respectfully recommends the Court incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     01/02/2020

s/Nicholas A. Bazan

Nicholas A. Bazan
U.S. Probation Officer

THE COURT ORDERS

[  ]   No Action
[✔]   The Issuance of a Warrant
[  ]   The Issuance of a Summons
[  ]   The incorporation of the violation(s) contained in this
        petition with the other violations pending before the
        Court.
[  ]   Defendant to appear before the Judge assigned to the
        case.
[✔]   Defendant to appear before the Magistrate Judge.
[  ]   Other

_____
Signature of Judicial Officer

_____January 2, 2020_____
Date