PROB 12C
(6/16)

Report Date: July 26, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 26, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Reggie Lee Burdeau          Case Number: 0980 2:13CR02104-TOR-1

Address of Offender: ███████ ██████████, Washington 98951

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, United States District Judge

Date of Original Sentence: March 12, 2014

Original Offense:        Crime on Indian Reservation - Sexual Abuse, 18 U.S.C. §§ 1153 and 2242(2)(B)

Original Sentence:       Prison - 60 months          Type of Supervision: Supervised Release
                         TSR - 84 months

Revocation Sentence:     Prison - 4 Months
(11/29/2018)             TSR - 60 Months

Revocation Sentence:     Prison - 6 Months
(02/13/2020)             TSR - 60 Months

Revocation Sentence:     Prison - 6 Months
(04/07/2022)             TSR - 48 Months

Asst. U.S. Attorney:     Thomas J. Hanlon            Date Supervision Commenced: July 3, 2022

Defense Attorney:        Federal Defender Office     Date Supervision Expires: July 2, 2026

### PETITIONING THE COURT

To issue a warrant.

On July 3, 2022, Mr. Burdeau's supervised release conditions were verbally reviewed with him. Mr. Burdeau signed his conditions of supervised release acknowledging an understanding of his conditions

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #14**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continues abstinence from these substances. |

Prob12C
Re: Burdeau, Reggie Lee
July 26, 2022
Page 2

**Supporting Evidence**: Mr. Burdeau is alleged to have violated his conditions of supervised release by consuming a controlled substance, methamphetamine, on or about July 5 and 11, 2022.

On July 6, 2022, Mr. Burdeau reported to the probation office as directed. While in the office, Mr. Burdeau admitted to consuming methamphetamine on July 5, 2022. Before departing, Mr. Burdeau signed a drug use admission form.

On July 13, 2022, Mr. Burdeau reported to the probation office as directed. While in the office, Mr. Burdeau admitted to consuming methamphetamine on July 11, 2022. Before departing, Mr. Burdeau signed a drug use admission form.

2   **Special Condition #14**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continues abstinence from these substances.

**Supporting Evidence**: Mr. Burdeau is alleged to be in violation of his supervised release conditions by consuming a controlled substance, tetrahydrocannabinol (THC), on or about July 5 and 11, 2022.

On July 6, 2022, Mr. Burdeau reported to the probation office as directed. While in the office, Mr. Burdeau admitted to consuming THC on July 5, 2022. Before departing, Mr. Burdeau signed a drug use admission form.

On July 13, 2022, Mr. Burdeau reported to the probation office as directed. While in the office, Mr. Burdeau admitted to consuming THC on July 11, 2022. Before departing, Mr. Burdeau signed a drug use admission form.

3   **Special Condition #15**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Burdeau is alleged to have violated his conditions of supervised release by consuming alcohol on or about July 5 and 11, 2022.

On July 6, 2022, Mr. Burdeau reported to the probation office as directed. While in the office, Mr. Burdeau admitted to consuming alcohol on July 5, 2022. Before departing, Mr. Burdeau signed a drug use admission form.

On July 13, 2022, Mr. Burdeau reported to the probation office as directed. While in the office, Mr. Burdeau admitted to consuming alcohol on July 11, 2022. Before departing, Mr. Burdeau signed a drug use admission form.

4   **Standard Condition #2**: After initially reporting to the probation office, you will receive instruction from the Court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

Prob12C
**Re: Burdeau, Reggie Lee**
**July 26, 2022**
**Page 3**

**Supporting Evidence**: Mr. Burdeau is alleged to have violated his conditions of supervised release by failing to report to the probation office on July 18, 2022, before 2 p.m.

On July 13, 2022, Mr. Burdeau reported to the probation office. This officer provided Mr. Burdeau with a business card with reporting instructions for his next report date on July 18, 2022.

On July 18, 2022, Mr. Burdeau failed to report as directed. This officer could not contact Mr. Burdeau by telephone due to him not having a telephone. This officer attempted to contact Mr. Burdeau on two separate occasions at his listed residence, Noah's Ark Homeless Shelter, but was unsuccessful.

5       **Special Condition #14**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continues abstinence from these substances.

**Supporting Evidence**: Mr. Burdeau is considered to be in violation of his supervised release conditions by failing to report to Merit Resource Services (Merit) for a urinalysis (UA) on July 21, 2022.

On July 8, 2022, the substance abuse testing instructions were reviewed with Mr. Burdeau. Mr. Burdeau verbally acknowledged his understanding of the testing program, and was instructed to call the Merit colorline system for the color brown. When the color brown was called, Mr. Burdeau was to report to Merit and submit to a drug screen.

On July 22, 2022, this officer received an email from staff at Merit stating that Mr. Burdeau had missed his colorline UA on July 21, 2022.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegation contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   July 26, 2022

s/Kyle Mowatt

Kyle Mowatt
U.S. Probation Officer

Prob12C
Re: Burdeau, Reggie Lee
July 26, 2022
Page 4

THE COURT ORDERS

[ ]   No Action
[X]  The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

_____
Thomas O. Rice
United States District Judge

July 26, 2022
_____
Date